IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:20 CR 173 |
| | ) | Title 18, United States Code, |
| MARQUES DEON GRIFFIN, | ) | Sections 922(g)(1), 924(a)(2) and |
| | ) | 924(c)(1)(A)(i); Title 21, United |
| Defendant. | ) | States Code, Sections 841(a)(1), |
| | ) | (b)(1)(B)(viii) and (b)(1)(C) |

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN did knowingly possess a firearm, that is, a Jennings, .22 caliber pistol, bearing serial number 036972, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute heroin, a Schedule I controlled substance, as charged in Count 1 of this indictment, and Possession with Intent to Distribute fentanyl, a Schedule II controlled substance, as charged in Count 2 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT 4
(Felon in Possession of Firearms/Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

4. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, on or about October 25, 2002, in Case Number CR-02-07-1760, in Summit County Common Pleas Court; Possession with Intent to Distribute and Distribution of Cocaine, on or about September 30, 2009, in Case Number 5:09CR198, in the United States District Court of the Northern District of Ohio, Eastern Division; and, Trafficking in Cocaine, on or about October 29, 2018, in Case Number CR-2018-09-3164 in Summit County Common Pleas Court, knowingly possessed

firearms, to wit: a Jennings, .22 caliber pistol, bearing serial number 036972, a Taurus, .38 caliber pistol, bearing serial number MR74417, and ammunition, said firearms and ammunition having been previously shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

5. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

6. Before Defendant committed the offense charged in this count, Defendant had a final conviction for a serious drug felony offense, namely, Possession with Intent to Distribute and Distribution of Cocaine, pursuant to 21 U.S.C § 841(a)(1) and (b)(1)(B) on or about September 30, 2009, in Case Number 5:09CR198, in the United States District Court of the Northern District of Ohio, Eastern Division.

## COUNT 6
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

7. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

8. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

9. On or about January 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant MARQUES DEON GRIFFIN did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

10. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 8 are incorporated herein by reference. As a

result of the foregoing offenses, Defendant MARQUES DEON GRIFFIN shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violations; any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations, including, but not limited to, the following:

    a.    Taurus, .38 caliber pistol, bearing serial number MR74417, and ammunition; and,

    b.    Jennings, .22 caliber pistol, bearing serial number 036972, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.